In the Matter of the Application of THE DEPARTMENT OF PUBLIC PARKS OF THE CITY OF NEW YORK, Relative to Acquiring Title to Certain Lands for Public Parks and Parkways, under and pursuant to the Provisions of Chapter 522 of the Laws of 1884.

In the Matter of THOMAS WILSON, Parcel 377, Pelham Bay Park.

AUGUSTUS LAWRENCE, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of Department of Public Parks*, 52 App. Div. 630, affirmed.
(Argued October 2, 1900; decided October 16, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June

25, 1900, denying a motion for an order modifying the report of the referee in the above-entitled special proceeding. and confirming said report.

*George H. Corey* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Charles D. Olendorf* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.